# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2021 KW 1307

VERSUS

EUGENE FORREST, III                                    **DECEMBER 30, 2021**

---

In Re:    Eugene Forrest, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3934-F-2019.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT